UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23854-ALTMAN/Reid

**VICTOR ARIZA**,

    *Plaintiff*,

*v.*

**SMCP USA, INC.**,
*a foreign for-profit corporation*
*d/b/a* Maje

    *Defendant*.
_____/

## ORDER OF DISMISSAL

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 22] pursuant to FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on January 28, 2023.

                                                  **ROY K. ALTMAN**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record